People v Brown (2025 NY Slip Op 01553)

People v Brown

2025 NY Slip Op 01553

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025

PRESENT: LINDLEY, J.P., BANNISTER, SMITH, NOWAK, AND KEANE, JJ. (Filed Mar. 14, 2025.)

MOTION NO. (162/20) KA 19-00074.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
SAMMY L. BROWN, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.